United States District Court
Southern District of Texas
**ENTERED**
June 23, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **ISAIAH PHILLIPS**, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-02197 |
| § | |
| **CITY OF BAYTOWN**, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Pending before the Court is the Report and Recommendation ("R & R") of United States Magistrate Judge Dena Hanovice Palermo. (Doc. No. 24). This case was referred to Judge Palermo pursuant to 28 U.S.C. § 636(b)(1)(B) on September 12, 2022. (Doc. No. 13)

The R & R addresses Defendants Officer Nathaniel Brown and Sergeant John Miller's Motion to Dismiss (Doc No. 9) and City of Baytown's Motion to Dismiss Plaintiff's first amended complaint (ECF No. 11). Plaintiffs timely filed Objections to Judge Palermo's R & R (Doc. No. 27), Defendants filed a Response (Doc. No. 31, 32), and Plaintiffs filed a Reply (Doc. No. 33).

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R & R to which Plaintiffs objected. However, the Court agrees with the conclusions, and the reasoning, of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R and **GRANTS** Defendants' motions to dismiss.

**IT IS SO ORDERED.**

**SIGNED** in Houston, Texas, on this the 23rd day of June, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE